Case 07-34059 Doc 34 Filed 08/27/09 Entered 08/27/09 15:05:07 Desc Main
Document Page 1 of 1

MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S): NIELSEN, BRIAN PETER

CASE NUMBER: 07-34059:

PLEASE CHECK ONE:

☐ UNCLAIMED DIVIDENDS

☒ DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Verizon Wireless PO Box 33997 Bloomington, IL 61701 | 8 | $100.54 | $3.20 |

DATE 8/26/09

_____
TRUSTEE

DISTRIBUTION:
Original to Clerk of Court

09 AUG 27 AM 9:27 RECEIVED U.S. BANKRUPTCY COURT ST. PAUL, MN